**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Daning Zhou,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>       Defendants. | **Case No. 1:26-cv-01240-ARW-JWA**<br><br><br>**Honorable Andrea R. Wood**<br><br>**Magistrate Jeannice W. Appenteng** |

**PLAINTIFF'S *EX PARTE* MOTION FOR
ENTRY OF A TEMPORARY RESTRAINING ORDER**

Plaintiff, Daning Zhou ("Plaintiff"), by and through undersigned counsel, moves that the

Court issue a Temporary Restraining Order, including a temporary injunction and temporary asset

restraint against The Individuals, Corporations, Limited Liability Companies, Partnerships and

Unincorporated Associations Identified in Schedule A ("Defendants"). Plaintiff submits herewith

a Memorandum of Law in support, along with the Declaration of Joseph W. Droter, the Declaration

of Anisah Beaston, the Declaration of Daning Zhou, and related exhibits.

Dated: February 10, 2026

Respectfully Submitted,

By: */s/ Joseph W. Droter*
Joseph W. Droter (Bar No. 6329630)
Katherine M. Kuhn (Bar No. 6331405)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 Fax: (702) 553-3404
joseph@bayramoglu-legal.com
*Attorneys for Plaintiff*

1

MOTION FOR TEMPORARY RESTRAINING ORDER      Case No. 1:26-cv-01240-ARW-JWA

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 10th day of February 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Joseph W. Droter*
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 Fax: (702) 553-3404
Joseph@bayramoglu-legal.com
*Attorneys for Plaintiff*

MOTION FOR TEMPORARY RESTRAINING ORDER        Case No. 1:26-cv-01240-ARW-JWA